UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ROMAN AKIMOV,

Petitioner,

v.

CHRISTOPHER LAROSE,

Respondent.

Case No.: 3:26-cv-3757-CAB-MSB

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Petitioner Roman Akimov, a Russian national, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Respondent acknowledges that Petitioner is subject to a final order of removal, was previously detained under 8 U.S.C. § 1231(a), and was also previously released from immigration custody on an order or supervised release pursuant to 8 U.S.C. § 1231(a)(3). [Doc. No. 5.] Respondent further admits that counsel is "unable to ascertain sufficient facts at this time to establish that Petitioner's supervised release was revoked according to the procedures established by law" and so "acknowledges that Petitioner is entitled to be released from custody subject to conditions of supervision." [*Id.*]

///

///

///

The Court therefore **GRANTS** a writ of habeas corpus and **ORDERS** Respondent to immediately release Petitioner Roman Akimov subject to supervision under regulations prescribed by the Attorney General, including the requirements of 8 U.S.C. § 1231(a)(3).

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: July 14, 2026

Hon. Cathy Ann Bencivengo
United States District Judge