UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ROMAN AKIMOV,
Petitioner,
v.
CHRISTOPHER LAROSE,
Respondent.

Case No.: 3:26-cv-3757-CAB-MSB

**ORDER GRANTING PETITIONER'S MOTION TO ENFORCE JUDGMENT**

[Doc. No. 8]

On June 14, 2026, the Court granted Petitioner Roman Akimov's petition for a writ of habeas corpus and he was released from immigration detention shortly thereafter. [Doc. Nos. 7–8.] Petitioner has since notified the Court that his driver's license and employment authorization document were not returned to him upon his release and asked the Court to ensure their return. [Doc. No. 8.]

The Court **GRANTS** Petitioner's motion and **ORDERS** Respondents to facilitate the return of Petitioner's driver's license and employment authorization document by August 10, 2026, or to show cause why they are unable to do so by this date.

It is **SO ORDERED**.

Dated: August 4, 2026

Hon. Cathy Ann Bencivengo
United States District Judge